JANUARY 4, 1954.

No. 81. NATIONAL LABOR RELATIONS BOARD *v.* BILL DANIELS, INC. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Howell Chevrolet Co.* v. *Labor Board,* 346 U. S. 482. *Acting Solicitor Gen-*

*eral Stern* and *George J. Bott* for petitioner. *Frank E. Kenney* and *Harold E. Mountain, Jr.* for respondents.